UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WHITSITT,<br><br>           Plaintiff,<br><br>      v.<br><br>AMAZON.COM, et al.,<br><br>           Defendants. | No.  2:14-cv-0416 TLN CKD PS<br><br><br><br>ORDER |

Plaintiff filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On March 6, 2014, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 6, 2014 are adopted in full;

2. Plaintiff's motions for injunctive relief (ECF Nos. 3, 4) are denied.

Dated: April 25, 2014

Troy L. Nunley
United States District Judge