UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WHITSITT, | No. 2:14-cv-416 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER |
| AMAZON.COM, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se and in forma pauperis. The action was referred to this court by Local Rule 302(c)(21).

By mandate of the United States Court of Appeals for the Ninth Circuit, filed September 20, this matter was reversed in part and remanded. ECF No. 23. The appellate court concluded that plaintiff had stated a claim against Amazon.com for age discrimination based on failure to hire.

Accordingly, IT IS HEREBY ORDERED that:

1. No later than December 23, 2016, plaintiff shall serve summons on defendant Amazon.com along with a copy of the second amended complaint (ECF No. 13) and a copy of this order. No later than December 23, 2016, plaintiff shall file a proof of service of said summons. Plaintiff is cautioned that failure to timely serve summons will result in a recommendation that this action be dismissed. See Fed. R. Civ. P. 4(m).

2. Pursuant to the mandate, this action will proceed solely against defendant Amazon.com on plaintiff's claim for age discrimination based on failure to hire.

Dated:  September 23, 2016

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

4 whit416.mand.ser