UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WHITSITT, | No. 2:14-cv-416 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER |
| AMAZON.COM, et al., | |
| Defendant. | |

By order filed September 23, 2016, plaintiff was directed to serve summons on defendant Amazon.com. Plaintiff has requested that service be made by the United States Marshal. Because plaintiff was previously granted permission to proceed in forma pauperis, plaintiff's request will be granted. 28 U.S.C. § 1915(d).

Accordingly, IT IS HEREBY ORDERED that:

1. The United States Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Fed. R. Civ. P. 4(h), including a copy of this order, without prepayment of costs.

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, and a copy of the second amended complaint (ECF No. 13).

3. Plaintiff is directed to provide to the United States Marshal, within fourteen days from the date this order is filed, all information needed by the Marshal to effect service of process,

including all information required for proper service of summons under Federal Rule of Civil Procedure (h) and shall file a statement with the court that said documents have been submitted to the United States Marshal, along with a copy of the information provided to the Marshal.  The court anticipates that, to effect service, the U.S. Marshal will require at least:

      a. One completed summons for defendant Amazon.com;

      b. One completed USM-285 form for defendant Amazon.com;

      c. One copy of the endorsed filed second amended complaint for service on defendant Amazon.com, with an extra copy for the U.S. Marshal; and

      d. One copy of the instant order for service on defendant Amazon.com.

4. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on defendant Amazon.com within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

5. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

6. Pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit, this action will proceed solely against defendant Amazon.com on plaintiff's claim for age discrimination based on failure to hire.

Dated:  December 9, 2016

*[signature: Carolyn K. Delaney]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 whitsitt0416.ser.usm