UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLAM WHITSITT, | No. 2:14-0416 TLN CKD PS |
| Plaintiff, | |
| v. | <u>FINDINGS AND RECOMMENDATIONS</u> |
| AMAZON.COM, | |
| Defendant. | |

  By order filed December 9, 2016, plaintiff was directed to provide to the United States Marshal, within fourteen days, all information needed by the Marshal to effect service of process, including all information required for proper service of summons under Federal Rule of Civil Procedure (h) and to file a statement with the court that said documents had been submitted to the United States Marshal, along with a copy of the information provided to the Marshal.  Plaintiff has failed to file the requisite statement and has not otherwise responded to the court's order.

  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
2  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
3  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

4  Dated:  January 18, 2017

                              _/s/ Carolyn K. Delaney_
                              CAROLYN K. DELANEY
                              UNITED STATES MAGISTRATE JUDGE

7  4 whitsitt416.ftc