Douglas E. Dexter (State Bar No. 115868)
 *ddexter@fbm.com*
Chandra S. Andrade (State Bar No. 271769)
 *candrade@fbm.com*
Jamie E. Sutton (State Bar No. 312853)
 *jsutton@fbm.com*
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant Amazon.com, Inc.

William J. Whitsitt
736 S. Oro Ave
Stockton, CA 95215
whitsittw@gmail.com
209-229-8463

Plaintiff, *in propria persona*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:14-cv-416 TLN CKD (PS)<br><br>**STIPULATION TO CONTINUE SUMMARY JUDGMENT HEARING AND EXTEND ASSOCIATED BRIEFING DEADLINES; ORDER**<br><br>The Hon. Carolyn K. Delaney<br><br>Complaint Filed: February 7, 2014<br>FAC Filed: March 20, 2014<br>SAC Filed: April 25, 2014<br>Trial Date: October 21, 2019 |

- 1 -

30050\12466879.1

STIPULATION TO CONTINUE SUMMARY JUDGMENT HEARING AND BRIEFING DEADLINES
Case No. 2:14-cv-416 TLN CKD PS

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

IT IS HEREBY STIPULATED and agreed by and between Plaintiff WILLIAM WHITSITT, in propia persona, and Defendant AMAZON.COM, INC., by and through its counsel, as follows:

1. On May 3, 2019, Defendant filed a Motion for Summary Judgment (the "Motion"), noticing a hearing date of June 5, 2019;

2. The current deadline for Plaintiff to file an Opposition to the Motion is May 22, 2019, and the deadline for Defendant to file a Reply is May 29, 2019;

3. Pursuant to the Court's April 26, 2018 Pretrial Scheduling Order (Docket #66), the last day for all non-discovery law and motion to be completed/heard is June 17, 2019;

4. On May 17, 2019, undersigned counsel for Defendant was selected to serve on a criminal jury in San Francisco, with trial beginning May 20, 2019 and anticipated to last potentially until May 31, 2019. The other attorney of record for Amazon with knowledge of this matter is traveling internationally with limited to no Internet access the week of May 20th, returning the Sunday of Memorial Day weekend, two business days before Amazon's current Reply deadline;

5. Due to these unforeseen circumstances greatly limiting Amazon counsel's availability during the two weeks leading up to the Motion hearing date when the parties' briefing is due, the parties agree to extend the hearing and briefing deadlines associated with Defendant's Motion, as follows:

   1. The hearing date on Defendant's Motion shall be moved from June 5, 2019 to June 12, 2019, which is still in advance of the June 17, 2019 law and motion deadline;

   2. The deadline for Plaintiff to file and serve his Opposition to the Motion shall be moved from May 22, 2019 to May 28, 2019; and

   3. The deadline for Defendant to file and serve its Reply in further support of the Motion shall be moved from May 29, 2019 to June 5, 2019.

6. All other dates contained in the Pretrial Scheduling Order shall remain in place.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 19, 2019 | FARELLA BRAUN + MARTEL LLP |

By: /s/ Chandra S. Andrade
Chandra S. Andrade

Attorneys for Defendant Amazon.com, Inc.

Dated: May 19, 2019

By: /s/ William Whitsitt
William Whitsitt, Pro Se

**ORDER**

As June 12, 2019 is not available on the court's calendar, the hearing date on Defendant's Motion shall be moved from June 5, 2019 to June 13, 2019 at 10:00 a.m. All other dates are set according to the parties' stipulation. Pursuant to the parties' stipulation, **IT IS SO ORDERED**.

Dated: May 21, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE